1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   PAULO MATOS, an individual,                Case No.  1:19-cv-01297-DAD-BAM
    AMADEU RAMOS, an individual, and
10  MONICA MATOS, an individual,               **ORDER DISCHARGING ORDER TO
                                               SHOW CAUSE**
11                 Plaintiffs,
                                               (Doc. No. 10)
12         v.

13  ABM GENERAL SERVICES, INC.,
    FLOWERS BAKING CO. OF
14  MODESTO, LLC, and DOES 1 through
    100, inclusive,
15
                   Defendants.
16

17
            On February 19, 2020, the Court issued an Order to Show Cause directing counsel for
18
    Defendants ABM General Services, Inc. and Flowers Baking Co. of Modesto, LLC to show cause
19
    in writing why sanctions should not be imposed for the failure to appear at the initial scheduling
20
    conference.  (Doc. 10.)  On the same day, counsel Alexander Chemers filed a written response to
21
    the show cause order.  In his response, Mr. Chemers details his efforts to attend the conference on
22
    February 19, 2020, by dialing in to the telephonic conference line at 9:00 a.m.  Mr. Chemers also
23
    provides supporting documents demonstrating his efforts to appear at that time.  (Doc. 12.)
24
            The continued Scheduling Conference in this matter was set for February 19, 2020 at **8:30
25
    a.m.**, and the date and time were clearly delineated on the Court's docket.[1]  (Doc. 5.)  Mr.
26

27  _____
    [1]      The Court's minute order stated as follows: "[T]he Initial Scheduling conference is
28  CONTINUED to **February 19, 2020 at 8:30 AM in Courtroom 8 (BAM) before Magistrate
    Judge Barbara A. McAuliffe**." (Doc. 5) (emphasis in original).

                                              1

Chemers' response does not explain why he was unable to appear at the designated time or why he apparently believed the conference was at 9:00 a.m. Nevertheless, Mr. Chemers also explains that he inadvertently missed the conference call and apologizes for any inconvenience. (Doc. 12.)

Having considered the response, the Order to Show Cause is HEREBY DISCHARGED. No sanctions shall be imposed at this time.

IT IS SO ORDERED.

Dated: __**February 20, 2020**__          ____/s/ *Barbara A. McAuliffe*____
                                          UNITED STATES MAGISTRATE JUDGE